IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KUNO WISE                                                                                    PLAINTIFF

v.                                         5:13-cv-169-DPM

GINA K. HUDSON, Attorney,
Office of Child Support Enforcement                                            DEFENDANT

ORDER

1.    Kuno Wise moves to proceed *in forma pauperis*. № 1. He, however, has not disclosed the average monthly balances and deposits in his inmate trust account. Without that information, the Court cannot determine whether he is entitled to proceed *in forma pauperis*, and if so, the proper amount of his initial partial filing fee. 28 U.S.C. § 1915(b). Wise has thirty days to provide the Court with that financial information.

2.    The Court needs further information to screen Wise's complaint. 28 U.S.C. § 1915A. Wise has thirty days to file an amended complaint clarifying: (a) whether criminal charges were filed against him regarding his failure to pay child support; (b) if so, the status of those criminal charges; and (c) how Gina Hudson's refusal to "close" the child support case against Wise constitutes a violation of his constitutional rights.

3.      Because he is proceeding *pro se*, Wise should be aware of Local Rule 5.5(c)(2), which provides that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

(Emphasis added).

\* \* \*

The Clerk is directed to send Wise a prisoner calculation sheet. Wise must, within thirty days of the entry of this Order, file a properly completed prisoner calculation sheet and an amended complaint.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2013