IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KUNO WISE                                                          PLAINTIFF

v.                              No. 5:13-cv-169-DPM

GINA K. HUDSON, Attorney,
Office of Child Support Enforcement                  DEFENDANT

## JUDGMENT

Wise's complaint and amended complaint are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2013

-1-