IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KUNO WISE**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　No. 5:13-cv-169-DPM

**GINA K. HUDSON, Attorney,**
**Office of Child Support Enforcement**　　　　　　　**DEFENDANT**

## JUDGMENT

Wise's complaint and amended complaint are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2013